UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JONATHAN WICKERS**
**STEVEN BROMLEY**
**DANIEL TUFO**

        **Plaintiff**

v.

**FRANK COUSINS**
**MICHAEL MARKS**
**COMMONWEALTH OF MASSACHUSETTS**

        **Defendant**

Civil Action No.   05-10172-RCL

### ORDER OF DISMISSAL

**LINDSAY, D.J.**

In accordance with this Court's order dated  2/23/05 , and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby dismissed.

        By the Court,

        /s/ Lisa Hourihan

        **Deputy Clerk**

**Date**  6/7/05

**(Dismissal 1915.wpd - 12/98)**                                                                                               **[odism.]**

**(Dismissal 1915.wpd - 12/98)**                                                                                               **[odism.]**